# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEAVER, WILLIAM H. | § | Case No. 10-33255 |
| WEAVER, LORI A. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-33255 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | WEAVER, WILLIAM H. | | | | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | WEAVER, LORI A. | | | | 341(a) Meeting Date: | 08/30/10 |
| For Period Ending: | 06/21/12 | | | | Claims Bar Date: | 04/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence located at 703 W. Downer Place, Aurora | 250,000.00 | 4,677.00 | DA | 0.00 | FA |
| 2. 109 Pineberry West Rd., Oak Ridge TN | 76,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Lot 144 Rarity Meadows, Sweetwater, TN | 42,848.00 | 0.00 | DA | 0.00 | FA |
| 4. 541/575 County Road 316-975 Est, Sweetwater.TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 5. 537 County Road 316-975 Est, Sweetwater, TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 6. 533 County Road 316-975 Est, TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 7. 529 County Road 316-975 Est, TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 8. Cash | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Bank Accounts w/ JP Morgan Chase. Primary Acct. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Putnam Growth Opportunities A | 600.00 | 0.00 | DA | 0.00 | FA |
| 11. Alger Large Cap Growth # xxxx2422 | 1,092.00 | 0.00 | DA | 0.00 | FA |
| 12. Alger Mid Cap Growth A&B | 3,331.00 | 523.00 | | 360.00 | FA |
| 13. Alger Small Cap Growth A | 640.00 | 640.00 | | 640.00 | FA |
| 14. Miscellaneous household goods and furnishings. | 4,000.00 | 2,000.00 | | 1,000.00 | FA |
| 15. Miscellaneous books, pictures, etc. | 500.00 | 500.00 | DA | 0.00 | FA |
| 16. Wearing apparel | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Jewelery | 3,000.00 | 3,000.00 | | 1,500.00 | FA |
| 18. Jefferson Pilot Life | 41,862.00 | 41,862.00 | DA | 0.00 | FA |
| 19. Lincoln National Life Ins. Co. Policy VPB184172 | 40,857.00 | 0.00 | DA | 0.00 | FA |
| 20. Putnam Vista B Roth IRA | 3,230.00 | 0.00 | DA | 0.00 | FA |
| 21. Putnam Global Equity B Roth IRA | 3,247.00 | 0.00 | DA | 0.00 | FA |
| 22. Putnam Small Cap Value B | 4,333.00 | 0.00 | DA | 0.00 | FA |
| 23. Royal Alliance Brokerage IRA | 28,926.00 | 0.00 | DA | 0.00 | FA |
| 24. 2001 Range Rover | 3,600.00 | 1,200.00 | | 1,500.00 | FA |
| 25. 2001 BMW | 8,000.00 | 5,600.00 | | 2,000.00 | FA |
| 26. Office equipment | 1,500.00 | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 10-33255 RG Judge: MANUEL BARBOSA  
Case Name: WEAVER, WILLIAM H.  
WEAVER, LORI A.

Trustee Name: JOSEPH R. VOILAND  
Date Filed (f) or Converted (c): 07/27/10 (f)  
341(a) Meeting Date: 08/30/10  
Claims Bar Date: 04/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | Unknown |

TOTALS (Excluding Unknown Values)     $692,954.00     $60,002.00     $7,000.60     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/11     Current Projected Date of Final Report (TFR): 02/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-33255  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | WEAVER, WILLIAM H. | | Bank Name: | The Bank of New York Mellon |
| | WEAVER, LORI A. | | Account Number / CD #: | *******8165  Money Market Account |
| Taxpayer ID No: | *******3621 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/11 | | William H. Weaver | purchase of personal property | | 7,000.00 | | 7,000.00 |
| | | | DEPOSIT CHECK #5626 | | | | |
| | 12 | | Memo Amount:      360.00 | 1129-000 | | | |
| | 13 | | Memo Amount:      640.00 | 1129-000 | | | |
| | 14 | | Memo Amount:    1,000.00 | 1129-000 | | | |
| | 17 | | Memo Amount:    1,500.00 | 1129-000 | | | |
| | 24 | | Memo Amount:    1,500.00 | 1129-000 | | | |
| | 25 | | Memo Amount:    2,000.00 | 1129-000 | | | |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 7,000.01 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.06 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.11 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.16 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.21 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.26 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.31 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.36 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,975.41 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,950.41 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,950.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,925.46 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,925.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,900.51 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,900.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,875.56 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,875.60 |
| 01/25/12 | | Transfer to Acct #*******4661 | Bank Funds Transfer | 9999-000 | | 6,875.60 | 0.00 |

Page Subtotals           7,000.60           7,000.60

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-33255 -RG | |
| Case Name: | WEAVER, WILLIAM H. | |
| | WEAVER, LORI A. | |
| Taxpayer ID No: | *******3621 | |
| For Period Ending: | 06/21/12 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******8165  Money Market Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 7,000.00 | COLUMN TOTALS | 7,000.60 | 7,000.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 6,875.60 | |
| | | Subtotal | 7,000.60 | 125.00 | |
| Memo Allocation Net: | 7,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,000.60 | 125.00 | |

Page Subtotals         0.00         0.00

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-33255 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | WEAVER, WILLIAM H. | | Bank Name: | Congressional Bank |
| | WEAVER, LORI A. | | Account Number / CD #: | *******4661 Checking Account |
| Taxpayer ID No: | *******3621 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8165 | Bank Funds Transfer | 9999-000 | 6,875.60 | | 6,875.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,875.60 | 0.00 | 6,875.60 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 6,875.60 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 7,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | | Money Market Account - ********8165 | 7,000.60 | 125.00 | 0.00 |
| Total Memo Allocation Net: | 7,000.00 | | Checking Account - ********4661 | 0.00 | 0.00 | 6,875.60 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | 7,000.60 | 125.00 | 6,875.60 |
| | | | | ============== | ============== | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,875.60     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.05c

| Page 1 | | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 21, 2012 |
|---|---|---|---|---|---|---|

Case Number:  10-33255  
Debtor Name:  WEAVER, WILLIAM H.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001A<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,102.70 | $0.00 | $1,102.70 |
| 000002A<br>070<br>7100-00 | BB&T<br>Bankruptcy Dept<br>PO Box 1847<br>Wilson, NC 27894-1847 | Unsecured | | $59,929.19 | $0.00 | $59,929.19 |
| 000003A<br>070<br>7100-00 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23286 | Unsecured | | $60,995.95 | $0.00 | $60,995.95 |
| 000004A<br>070<br>7100-00 | American InfoSource LP as agent for<br>Regions Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $50,720.00 | $0.00 | $50,720.00 |
| 000005A<br>070<br>7100-00 | American InfoSource LP as agent for<br>Regions Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $60,506.00 | $0.00 | $60,506.00 |
| 000006A<br>050<br>4700-00 | City of Oak Ridge<br>PO Box 1<br>Oak Ridge, TN 37831-0001 | Secured | | $1,350.39 | $0.00 | $1,350.39 |
| | Case Totals: | | | $234,604.23 | $0.00 | $234,604.23 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33255  
Case Name: WEAVER, WILLIAM H.  
             WEAVER, LORI A.  
Trustee Name: JOSEPH R. VOILAND  

Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006A | City of Oak Ridge | $ | $ | $ | $ |

Total to be paid to secured creditors                               $_____

Remaining Balance                                                          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Chase Bank USA, N.A. | $ | $ | $ |
| 000002A | BB&T | $ | $ | $ |
| 000003A | SunTrust Bank | $ | $ | $ |
| 000004A | American InfoSource LP as agent for | $ | $ | $ |
| 000005A | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE