# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEAVER, WILLIAM H. | § | Case No. 10-33255 |
| WEAVER, LORI A. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/30/2012 in Courtroom 250,

United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2012            By: Kenneth S. Gardner
                                       Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WEAVER, WILLIAM H. § Case No. 10-33255
WEAVER, LORI A. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.60 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 6,875.60 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000006A | City of Oak Ridge | $ 1,350.39 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 6,875.60 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,450.06 | $ 0.00 | $ 1,450.06 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 82.13 | $ 0.00 | $ 82.13 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,532.19 |
| Remaining Balance | $ 5,343.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 233,253.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Chase Bank USA, N.A. | $ 1,102.70 | $ 0.00 | $ 25.26 |
| 000002A | BB&T | $ 59,929.19 | $ 0.00 | $ 1,372.87 |
| 000003A | SunTrust Bank | $ 60,995.95 | $ 0.00 | $ 1,397.30 |
| 000004A | American InfoSource LP as agent for | $ 50,720.00 | $ 0.00 | $ 1,161.90 |
| 000005A | American InfoSource LP as agent for | $ 60,506.00 | $ 0.00 | $ 1,386.08 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,343.41 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-33255-MB
William H. Weaver                                               Chapter 7
Lori A. Weaver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons           Page 1 of 2            Date Rcvd: Jul 31, 2012
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2012.
```
db/jdb     +William H. Weaver,   Lori A. Weaver,   703 W. Downer Place,   Aurora, IL 60506-4901
15904579   +Bone McAllester Norton PLLC,   511 Union Street,   Suite 1600,   Nashville, TN 37219-1780
16101384   +Chase Bank One,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
16736838    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15904581    Chase Home Finance,   PO Box 78420,   Phoenix, AZ 85062-8420
15904582    City of Oak Ridge,   PO Box 1,   Oak Ridge, TN 37831-0001
15904584    Heather D. Wood, Esq.,   Chaffin & Burnsed, PLLC,   1909 Poston Avenue, 1st Floor,
             Nashville, TN 37203
15904585   +J. Phillip Jones, Esq.,   Suite C-205, Nashville House,   One Vantage Way,
             Nashville, TN 37228-1515
15904586   +Karen H. Massengale, Esq.,   Brock & Scott PLLC,   5431 Oleander Drive, Ste. 200,
             Wilmington, NC 28403-5857
15904588   +Regions Bank,   1298 Oak Ridge Turnpike,   Oak Ridge, TN 37830-6443
15904592   +Sun Trust Bank,   418 Wharf Street,   Loudon, TN 37774-1250
16894628   +SunTrust Bank,   Attn: Support Services,   PO Box 85092,   Richmond, VA 23285-5092
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16907443    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2012 03:29:16
             American InfoSource LP as agent for,   Regions Bank,   PO Box 248838,
             Oklahoma City, OK   73124-8838
16744128    E-mail/Text: bankruptcy@bbandt.com Aug 01 2012 01:33:01       BB&T,   Bankruptcy Dept,
             PO Box 1847,   Wilson, NC 27894-1847
15904580   +E-mail/Text: bankruptcy@bbandt.com Aug 01 2012 01:33:01       Branch Banking & Trust Co.,
             11140 Kingston Pike,   Knoxville, TN 37934-2806
15904583   +E-mail/Text: Bankruptcy@firstvolunteer.com Aug 01 2012 01:39:35       First Volunteer Bank,
             728 Broad Street,   Chattanooga, TN 37402-1801
15904587   +E-mail/Text: tineall@raritymail.com Aug 01 2012 01:39:43       Rarity Ridge Owners Assn., Inc,
             PO Box 4725,   Maryville, TN 37802-4725
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15904591    Shirlee Weaver
15904589*  +Regions Bank,   1298 Oak Ridge Turnpike,   Oak Ridge, TN 37830-6443
15904590*  +Regions Bank,   1298 Oak Ridge Turnpike,   Oak Ridge, TN 37830-6443
                                                                             TOTALS: 1, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2012**              **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 2 of 2                   Date Rcvd: Jul 31, 2012
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2012 at the address(es) listed below:
        David R Brown    on behalf of Debtor William Weaver dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        Joseph   Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                               TOTAL: 3