UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                               §
                                     §
WEAVER, WILLIAM H.                   §    Case No. 10-33255
WEAVER, LORI A.                      §
                                     §
           Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/JOSEPH R. VOILAND _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | CITY OF OAK RIDGE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005A | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002A | BB&T | | | | | |
| 000001A | CHASE BANK USA, N.A. | | | | | |
| 000003A | SUNTRUST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-33255 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | WEAVER, WILLIAM H. | | | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | WEAVER, LORI A. | | | 341(a) Meeting Date: | 08/30/10 |
| For Period Ending: | 11/18/12 | | | Claims Bar Date: | 04/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence located at 703 W. Downer Place, Aurora | 250,000.00 | 4,677.00 | DA | 0.00 | FA |
| 2. 109 Pineberry West Rd., Oak Ridge TN | 76,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Lot 144 Rarity Meadows, Sweetwater, TN | 42,848.00 | 0.00 | DA | 0.00 | FA |
| 4. 541/575 County Road 316-975 Est, Sweetwater.TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 5. 537 County Road 316-975 Est, Sweetwater, TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 6. 533 County Road 316-975 Est, TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 7. 529 County Road 316-975 Est, TN | 42,847.00 | 0.00 | DA | 0.00 | FA |
| 8. Cash | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Bank Accounts w/ JP Morgan Chase. Primary Acct. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Putnam Growth Opportunities A | 600.00 | 0.00 | DA | 0.00 | FA |
| 11. Alger Large Cap Growth # xxxx2422 | 1,092.00 | 0.00 | DA | 0.00 | FA |
| 12. Alger Mid Cap Growth A&B | 3,331.00 | 523.00 | | 360.00 | FA |
| 13. Alger Small Cap Growth A | 640.00 | 640.00 | | 640.00 | FA |
| 14. Miscellaneous household goods and furnishings. | 4,000.00 | 2,000.00 | | 1,000.00 | FA |
| 15. Miscellaneous books, pictures, etc. | 500.00 | 500.00 | DA | 0.00 | FA |
| 16. Wearing apparel | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Jewelery | 3,000.00 | 3,000.00 | | 1,500.00 | FA |
| 18. Jefferson Pilot Life | 41,862.00 | 41,862.00 | DA | 0.00 | FA |
| 19. Lincoln National Life Ins. Co. Policy VPB184172 | 40,857.00 | 0.00 | DA | 0.00 | FA |
| 20. Putnam Vista B Roth IRA | 3,230.00 | 0.00 | DA | 0.00 | FA |
| 21. Putnam Global Equity B Roth IRA | 3,247.00 | 0.00 | DA | 0.00 | FA |
| 22. Putnam Small Cap Value B | 4,333.00 | 0.00 | DA | 0.00 | FA |
| 23. Royal Alliance Brokerage IRA | 28,926.00 | 0.00 | DA | 0.00 | FA |
| 24. 2001 Range Rover | 3,600.00 | 1,200.00 | | 1,500.00 | FA |
| 25. 2001 BMW | 8,000.00 | 5,600.00 | | 2,000.00 | FA |
| 26. Office equipment | 1,500.00 | 0.00 | DA | 0.00 | FA |

LFORM1

Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-33255 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | WEAVER, WILLIAM H. | | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | WEAVER, LORI A. | | 341(a) Meeting Date: | 08/30/10 |
| | | | Claims Bar Date: | 04/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $692,954.00 | $60,002.00 | | $7,000.60 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/11    Current Projected Date of Final Report (TFR): 02/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-33255 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | WEAVER, WILLIAM H. | | Bank Name: | The Bank of New York Mellon |
| | WEAVER, LORI A. | | Account Number / CD #: | *******8165 Money Market Account |
| Taxpayer ID No: | *******3621 | | | |
| For Period Ending: | 11/18/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/11 | | William H. Weaver | purchase of personal property | | 7,000.00 | | 7,000.00 |
| | | | DEPOSIT CHECK #5626 | | | | |
| | 12 | | Memo Amount:   360.00 | 1129-000 | | | |
| | 13 | | Memo Amount:   640.00 | 1129-000 | | | |
| | 14 | | Memo Amount:  1,000.00 | 1129-000 | | | |
| | 17 | | Memo Amount:  1,500.00 | 1129-000 | | | |
| | 24 | | Memo Amount:  1,500.00 | 1129-000 | | | |
| | 25 | | Memo Amount:  2,000.00 | 1129-000 | | | |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 7,000.01 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.06 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.11 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.16 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.21 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.26 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.31 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.36 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,975.41 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,950.41 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,950.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,925.46 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,925.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,900.51 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,900.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,875.56 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,875.60 |
| 01/25/12 | | Transfer to Acct #*******4661 | Bank Funds Transfer | 9999-000 | | 6,875.60 | 0.00 |

Page Subtotals     7,000.60     7,000.60

Ver: 16.05c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-33255 -RG | |
| Case Name: | WEAVER, WILLIAM H. | |
| | WEAVER, LORI A. | |
| Taxpayer ID No: | *******3621 | |
| For Period Ending: | 11/18/12 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******8165  Money Market Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 7,000.00 | COLUMN TOTALS | 7,000.60 | 7,000.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 6,875.60 | |
| | | Subtotal | 7,000.60 | 125.00 | |
| Memo Allocation Net: | 7,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 7,000.60 | 125.00 | |

Page Subtotals       0.00       0.00

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-33255 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | WEAVER, WILLIAM H. | Bank Name: | Congressional Bank |
| | WEAVER, LORI A. | Account Number / CD #: | *******4661 Checking Account |
| Taxpayer ID No: | *******3621 | | |
| For Period Ending: | 11/18/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8165 | Bank Funds Transfer | 9999-000 | 6,875.60 | | 6,875.60 |
| 08/30/12 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 1,450.06 | 5,425.54 |
| 08/30/12 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 82.13 | 5,343.41 |
| 08/30/12 | 001003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | | 7100-000 | | 25.26 | 5,318.15 |
| 08/30/12 | 001004 | BB&T Bankruptcy Dept PO Box 1847 Wilson, NC 27894-1847 | | 7100-000 | | 1,372.87 | 3,945.28 |
| 08/30/12 | 001005 | SunTrust Bank Attn: Support Services PO Box 85092 Richmond, VA 23286 | | 7100-000 | | 1,397.30 | 2,547.98 |
| 08/30/12 | 001006 | American InfoSource LP as agent for Regions Bank PO Box 248838 Oklahoma City, OK 73124-8838 | | 7100-000 | | 1,161.90 | 1,386.08 |
| 08/30/12 | 001007 | American InfoSource LP as agent for Regions Bank PO Box 248838 Oklahoma City, OK 73124-8838 | | 7100-000 | | 1,386.08 | 0.00 |

Page Subtotals       6,875.60       6,875.60

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 10-33255 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | WEAVER, WILLIAM H. | Bank Name: | Congressional Bank |
| | WEAVER, LORI A. | Account Number / CD #: | *******4661 Checking Account |
| Taxpayer ID No: | *******3621 | | |
| For Period Ending: | 11/18/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,875.60 | 6,875.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 6,875.60 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 6,875.60 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 6,875.60 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 7,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********8165 | 7,000.60 | 125.00 | 0.00 |
| | | Checking Account - ********4661 | 0.00 | 6,875.60 | 0.00 |
| Total Memo Allocation Net: | 7,000.00 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 7,000.60 | 7,000.60 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.05c